IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE WHITEHEAD,

    Plaintiff,

    v.                                               Case No.   18-cv-1023-wmc

WARDEN TIM HAINES,
MANDY MATHSON, and
MS. WEHRLE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | April 11, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |